MULLINS

*v.*

COMMONWEALTH.

*(Supreme Court of Appeals of Virginia, July 11, 1899.)*

[33 S. E. Rep. 1015.]

**Evidence—Immaterial—Inadmissible.**

Where papers, although purporting to be letters of the accused, are immaterial and irrelevant they are inadmissible as evidence. ·

Error to Dickenson county court.    One Mullins was convicted of a crime, and brings error.    Reversed.

*Roland E. Chase*, for plaintiff in error.

*The Attorney General*, for the Commonwealth.

KEITH, P., delivered the opinion of the court.

We are of opinion that the county court erred in permitting certain papers, purporting to be letters from the accused, to be read to the jury, as set out in bills of exceptions Nos. 1 and 2. They are immaterial, irrelevant, and should have been excluded. The evidence is so indecent that we shall not discuss it in detail, but will content ourselves with observing that it is wholly insufficient to maintain the verdict; and for the foregoing reasons the judgment of the county court must be reversed, the verdict of the jury set aside, and the case remanded for a new trial, to be had therein in accordance with this opinion.